```
                UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

        v.                      Criminal No. 12-cr-13-01-JL

<u>Inez Rodriguez</u>

## O R D E R

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted, based on counsel's illness. The court assumes counsel was intentionally vague with the representation that initial discovery was only "recently provided" in a case scheduled for trial in June, and further assumes that the USAO did, in fact, provide discovery in a timely manner. No further continuances will be granted. Final Pretrial is rescheduled to July 30, 2012 at 10:00 a.m.; Trial is continued to the two-week period beginning August 7, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge

Date: May 18, 2012

cc: Sven Wiberg, Esq.
    Terry Ollila, Esq.
    U.S. Marshal
    U.S. Probation