UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                        Criminal No. 12-cr-0013-01-JL

Inez Rodriguez

O R D E R

The assented to motion to reschedule jury trial (document no. 13) filed by defendant is granted; Final Pretrial is rescheduled to September 24, 2012 at 3:30 p.m.; Trial is continued to the two-week period beginning October 2, 2012 at 9:30 a.m. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference. Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                /s/ Joe Laplante
                                               Joseph N. Laplante
                                             Chief Judge

Date:  July 20, 2012

cc:  Sven Wiberg, Esq.
     Terry Ollila, AUSA
     U.S. Marshal
     U.S. Probation